UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


DAVID M. KOVATS,
       Plaintiff,

                                      Case No. 1:06-cv-755

-v-

                                      HONORABLE PAUL L. MALONEY

THE STATE OF MICHIGAN,
HI-LEX CORPORATION, a Michigan
corporation and
UNKNOWN PARTIES JOHN OR JANE
DOE (1, 2, 3 ...) jointly and severally in
their individual and professional capacities
as agents of the Hi-Lex Corporation,
             Defendants.


<u>JUDGMENT</u>

     Having granted Defendant Hi-Lex Corporation's motion for summary judgment and having

granted Defendant State of Michigan's motion to dismiss, **JUDGMENT** is hereby **ENTERED**

**AGAINST PLAINTIFF**.  **THIS ACTION IS TERMINATED.  IT IS SO ORDERED.**



Date:   May 16, 2008                         /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            United States District Judge